# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DIANE SANCHEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>WINDHAVEN NATIONAL INSURANCE COMPANY, a domestic corporation; WINDHAVEN NATIONAL INSURANCE COMPANY fka ATX PREMIER INSURANCE, a domestic corporation; DMA CLAIMS INC., a foreign corporation; BLAS BON, an individual; DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendants. | 2:19-cv-02196-RFB-VCF<br><br>**ORDER** |

Before the Court is the Motion to Enlarge Time to Serve Summons and Complaint (ECF NO.12). No opposition has been filed to the instant motion.

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

<u>Extension For Service</u>

Fed. R. Civ. P. 4(m) requires a defendant to be served within 90 days after the complaint is filed. If "the plaintiff shows good cause for the failure [to serve a defendant within that time-frame], the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff asserts that additional time is required to effect service and asks this court to extend the 4(m) deadline. (ECF No. 12). The process server unsuccessfully attempted to serve the Amended Summons and First Amended Complaint on Defendant Blas Bon. *Id.*

The Complaint was filed on November 19, 2019. The last day to effectuate service on Defendant Bon was February 17, 2020. Fed. R. Civ. P. 4(m).

Given that Plaintiff has demonstrated "good cause" for her failure to effectuate service and has provided support for her request for an extension, the court will extend the 4(m) deadline, up to and including May 18, 2020. *See* Fed. R. Civ. P. 4(m).

Accordingly,

IT IS HEREBY ORDERED that Motion to Enlarge Time to Serve Summons and Complaint (ECF NO. 20) is GRANTED.

The last day to perfect service on Defendant Bon is May 18, 2020.

DATED this 11th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE