DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 West Charleston Boulevard
Suite 560
Las Vegas, NV 89135
P: (702) 534-7600
F: (702) 534-7601
Email: eservice@thedplg.com
Attorneys for Plaintiff
*Diane Sanchez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANE SANCHEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>WINDHAVEN NATIONAL INSURANCE COMPANY, a domestic corporation; WINDHAVEN NATIONAL INSURANCE COMPANY fka ATX PREMIER INSURANCE, a domestic corporation; DMA CLAIMS INC., a foreign corporation; BLAS BON, an individual; DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | CASE NO.: 2:19-cv-02196-RFB-VCF<br><br>**STIPULATION AND [PROPOSED ORDER] FOR EXTENTION OF TIME TO FILE OPPOSITION TO DMA CLAIMS, MANAGEMENT, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DIANE SANCHEZ, through her counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP, and Defendant DMA CLAIMS, INC., by and through its counsel of record, Robert E. Schumacher and Wing Yang Wong of GORDON REES SCULLY MANSUKHANI, LLP, that the deadline for Plaintiff to file her Opposition to DMA Claims Management, Inc.'s Motion to Dismiss First Amended Complaint (ECF No. 27) shall be extended by fourteen (14) days, from April 17, 2020 to May 1, 2020.  The Motion



was filed on April 2, 2020.  This Stipulation and [Proposed Order] is submitted in accordance with LR IA 6-1.

This matter is stayed as to Defendants Windhaven National Insurance Company and Blas Bon resulting from the filing of the Order Appointing Liquidator, Permanent Injunction and Notice of Automatic Stay.  (ECF No. 25, 25-1).  Plaintiff and DMA Claims Management, Inc. currently dispute the scope of the automatic stay as it relates to DMA Claims Management, Inc.  Following a telephone conference regarding this issue, Plaintiff informed DMA Claims Management, Inc. of her intent to file a motion with the Court to clarify this issue.  Plaintiff is in the midst of preparing this motion.  DMA Claims Management, Inc. also plans to file a motion to address this issue.

Plaintiff's counsel has also been preparing and finalizing an opening appellate brief to the Nevada Supreme Court in the matter of *Evans-Waiau et al. v. Tate*, Case No. 79424.  Due to the extensive work associated with the same, additional time is needed for Plaintiff to adequately respond to DMA Claims Management, Inc.'s Motion to Dismiss.  Accordingly, the parties respectfully request this Court to approve the foregoing stipulation.  Their requested extension is not made in bad faith.

DATED this 17th day of April, 2020.

**PRINCE LAW GROUP**

/s/ Dennis M. Prince
DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
10801 W. Charleston Boulevard, Suite 560
Las Vegas, Nevada 89135
Attorneys for Plaintiff
*Diane Sanchez*

. . .
. . .
. . .
. . .
. . .

DATED this 17th day of April, 2020

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Win Yan Wong
ROBERT E. SCHUMACHER
Nevada Bar No. 7504
WING YAN WONG
Nevada Bar No. 13622
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Attorneys for Defendant
*DMA Claims, Inc.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 21st day of April, 2020.



2

**ORDER**

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

