1  DENNIS M. PRINCE
   Nevada Bar No. 5092
2  KEVIN T. STRONG
   Nevada Bar No. 12107
3  **PRINCE LAW GROUP**
   10801 West Charleston Boulevard
4  Suite 560
   Las Vegas, NV 89135
5  Tel: (702) 534-7600
   Fax: (702) 534-7601
6  Email: eservice@thedplg.com
   Attorneys for Plaintiff
7  *Diane Sanchez*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10

11  DIANE SANCHEZ,                          CASE NO.: 2:19-cv-02196-RFB-VCF

12           Plaintiff,

13  vs.                                     **STIPULATION AND [PROPOSED ORDER] FOR EXTENTION OF TIME TO FILE OPPOSITION TO DMA CLAIMS, MANAGEMENT, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

14
15  WINDHAVEN NATIONAL INSURANCE
    COMPANY, a domestic corporation;
16  WINDHAVEN NATIONAL INSURANCE
    COMPANY fka ATX PREMIER
17  INSURANCE, a domestic corporation; DMA
    CLAIMS INC., a foreign corporation; BLAS   **(Second Request)**
18  BON, an individual; DOES I-X and ROE
    CORPORATIONS I-X, inclusive,             **AND FOR EXTENSION OF TIME TO FILE OPPOSITION TO DMA CLAIMS MANAGEMENT, INC.'S MOTION TO STAY PURSUANT TO INJUNCTION OR, ALTERNATIVELY, MOTION TO STAY DISCOVERY**
19
20           Defendants.

21                                           **(First Request)**

22       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DIANE

23  SANCHEZ, through her counsel of record, Dennis M. Prince and Kevin T. Strong of

24  PRINCE LAW GROUP, and Defendant DMA CLAIMS MANAGEMENT, INC., by and

25  through its counsel of record, Robert E. Schumacher and Wing Yang Wong of GORDON

26  REES SCULLY MANSUKHANI, LLP, that the deadline for Plaintiff to file her

27  Opposition to DMA Claims Management, Inc.'s Motion to Dismiss First Amended

28



Complaint (ECF No. 27) shall be extended by seven (7) days, from May 1, 2020 to May 8, 2020. The Motion was filed on April 2, 2020. This is the second request for extension of time to file an opposition to this motion.

IT IS FURTHER STIPULATED AND AGREED that the deadline for Plaintiff to file her Opposition to DMA Claims Management, Inc.'s Motion to Stay Pursuant to Injunction or, alternatively, Motion to Stay Discovery (ECF Nos. 30, 31) shall be extended by two (2) days from May 6, 2020 to May 8, 2020. The Motion was filed on April 22, 2020. This the first request for extension of time to file an opposition to this motion. This Stipulation and [Proposed Order] is submitted in accordance with LR IA 6-1.

As this Court is aware, this matter continues to be stayed as to Defendants Windhaven National Insurance Company and Blas Bon. (ECF Nos. 25, 25-1). Over the course of the last couple of weeks, Plaintiff's counsel has been preparing and finalizing a petition for rehearing and rehearing *en banc* in the matter of *Volungis et al. v. Liberty Mutual Fire Ins. Co.*, Case No. 18-16600 before the Ninth Circuit Court of Appeals. Although Counsel prepared this petition concurrently with the oppositions to the respective motions filed by DMA Claims Management, Inc., additional time is needed to ensure the issues presented by the motions are fully addressed to aid this Court in its decision. This brief extension of time requested will allow Plaintiff's counsel to achieve this result as well as prepare his own motion addressing the scope of the stay as it relates to DMA Claims Management, Inc.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .



Accordingly, the parties respectfully request this Court to approve the foregoing stipulation. This requested extension is not made in bad faith or to unnecessarily delay these proceedings.

DATED this <u>1st</u> day of May, 2020.   DATED this <u>1st</u> day of May, 2020

**PRINCE LAW GROUP**   **GORDON REES SCULLY MANSUKHANI, LLP**

<i>/s/ Kevin T. Strong</i>   <i>/s/ Wing Yan Wong</i>
DENNIS M. PRINCE   ROBERT E. SCHUMACHER
Nevada Bar No. 5092   Nevada Bar No. 7504
KEVIN T. STRONG   WING YAN WONG
Nevada Bar No. 12107   Nevada Bar No. 13622
10801 W. Charleston Boulevard, Suite 560   300 South 4th Street, Suite 1550
Las Vegas, Nevada 89135   Las Vegas, Nevada 89101
Attorneys for Plaintiff   Attorneys for Defendant
<i>Diane Sanchez</i>   <i>DMA Claims Management, Inc.</i>

### ORDER

**IT IS SO ORDERED.**

DATED this <u>8th</u> day of <u>May</u>, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3

