1  ROBERT E. SCHUMACHER, ESQ.
   Nevada Bar No. 7504
2  WING YAN WONG, ESQ.
   Nevada Bar No. 13622
3  **GORDON REES SCULLY MANSUKHANI, LLP**
   300 South 4th Street, Suite 1550
4  Las Vegas, Nevada 89101
   Telephone:  (702) 577-9300
5  Direct Line: (702) 577-9319
   Facsimile:  (702) 255-2858
6  E-Mail:  rschumacher@grsm.com
7             wwong@grsm.com

8  ***Attorneys for Defendant/Cross-Defendant***
   ***DMA CLAIMS MANAGEMENT, INC.,***
9  ***erroneously sued as DMA CLAIMS INC.***

10                **UNITED STATES DISTRICT COURT**

11                    **DISTRICT OF NEVADA**

12  DIANE SANCHEZ,                          )  CASE NO.:  2:19-cv-02196-RFB-VCF
                                            )
13                Plaintiff,                )
                                            )
14        vs.                               )  **STIPULATION AND ORDER TO**
                                            )  **EXTEND TIME FOR DMA**
15  WINDHAVEN NATIONAL INSURANCE            )  **CLAIMS MANAGEMENT, INC.**
    COMPANY, a domestic corporation;       )  **TO FILE REPLY BRIEFS (ECF**
16  WINDHAVEN NATIONAL INSURANCE            )  **NOS. 33, 34)**
    COMPANY fka ATX PREMIER INSURANCE, a   )
17  domestic corporation; DMA CLAIMS INC., a )   FIRST REQUEST
    foreign corporation; BLAS BON, an individual; )
18  DOES I-X and ROE CORPORATIONS I-X,      )
    inclusive,                              )
19                                          )
                                            )
20                Defendants.               )
                                            )
21  _____ )
    WINDHAVEN NATIONAL INSURANCE            )
22  COMPANY, a foreign corporation,         )
                                            )
23                Cross-Claimant,           )
                                            )
24        vs.                               )
                                            )
25  DMA CLAIMS SERVICES, INC., a foreign    )
    corporation; DOES I-X, inclusive, and ROE )
26  CORPORATIONS I-X, inclusive,            )
                                            )
27                Cross-Defendant.          )
    _____ )
28

                            -1-

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV 89101*

Pursuant to Local Rule IA 6-1 and LR 7-1, Plaintiff Diane Sanchez ("Sanchez") and Defendant DMA Claims Management, Inc. ("DMA"), by and through their respective counsel of record, hereby stipulate that the deadlines for DMA to files its Reply briefs to Sanchez's Response to DMA's Motion to Dismiss, ECF No. 33, and Sanchez's Response to DMA's Motion to Stay, ECF No. 34, are hereby extended for two (2) weeks to **Friday, May 29, 2020**.

This is the first stipulation for extension of time to allow DMA to file its Reply briefs. On April 2, 2020, DMA filed its Motion to Dismiss First Amended Complaint.  ECF No. 27.  On April 22, 2020, DMA filed its Motion to Stay Pursuant to Injunction or Alternatively, Motion to Stay Discovery.  ECF No. 30.  On May 8, 2020, Sanchez filed her Response briefs to both Motions.  ECF No. 33, 34.  DMA's Reply briefs are currently due on May 15, 2020.

This extension of time is to allow DMA additional time to review and evaluate Sanchez's position in her Response briefs.  This request is not made for any improper purposes or to cause any unnecessary delay.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1  While Sanchez and DMA may dispute whether the stay triggered by defendant

2  Windhaven National Insurance Company's ("Windhaven") liquidation proceeding applies as to

3  DMA, Sanchez and DMA do not dispute that this action is currently stayed as to Windhaven and

4  defendant Blas Bon.  *See* ECF No. 25, Notice of Automatic Stay Proceeding.  Thus, these

5  defendants are not parties to this Stipulation.

6  DATED this 14th day of May, 2020        DATED this 14th day of May, 2020

7  **GORDON REES SCULLY**                **PRINCE LAW GROUP**
**MANSUKHANI, LLP**

8

9  */s/ Robert E. Schumacher*             */s/ Kevin T. Strong*
10 ROBERT E. SCHUMACHER, ESQ.            DENNIS M. PRINCE, Esq.
   Nevada Bar No. 7504                   Nevada Bar No. 5092
   WING YAN WONG, ESQ.                   KEVIN T. STRONG, Esq.
11 Nevada Bar No. 13622                  Nevada Bar No. 12107
   300 South 4th Street, Suite 1550      10801 W. Charleston Boulevard, Suite560
12 Las Vegas, Nevada 89101               Las Vegas, Nevada 89135
   ***Attorneys for Defendant,***        ***Attorneys for Plaintiff,***
13 ***DMA CLAIMS MANAGEMENT, INC.,***    ***DIANE SANCHEZ***
   ***erroneously sued as DMA CLAIMS INC.***

14

15

16

17  **ORDER**

18  **IT IS SO ORDERED:**

19  _____
20  RICHARD F. BOULWARE, II
    UNITED STATES DISTRICT JUDGE
21

22  DATED this  15th day of May, 2020.